IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL KERNEN, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CASILLAS OPERATING, LLC, ) ) Defendant. ) | Case No. CIV-18-00107-JD |

**PLAINTIFF'S SUPPLEMENT IN SUPPORT OF PLAINTIFF'S MOTION TO CERTIFY CLASS FOR SETTLEMENT PURPOSES, PRELIMINARY APPROVE CLASS ACTION SETTLEMENT, APPROVE FORM AND MANNER OF NOTICE, AND SET DATE FOR FINAL APPROVAL HEARING**

On February 12, 2021, Plaintiff filed the Motion to Certify Class for Settlement Purposes, Preliminary Approve Class Action Settlement, Approve Form and Manner of Notice, and Set Date for Final Approval Hearing (Dkt No. 93).

The Court held a hearing on Plaintiff's Motion on July 26, 2021. Following that hearing, the parties made certain modifications to the settlement agreement pursuant to the Court's instructions.

Attached as Exhibit 1 is the Amended Stipulation and Agreement of Settlement dated August 16, 2021.

A proposed Preliminary Approval Order is being submitted herewith.

DATED: August 16, 2021.                    Respectfully submitted,

                                                                  */s/ Drew Pate*
Bradley E. Beckworth, OBA No. 19982
Jeffrey J. Angelovich, OBA No. 19981
Lisa P. Baldwin, OBA No. 32947
Drew G. Pate, OBA No. 34600
Trey N. Duck, III, OBA No. 33347
Cody L. Hill
**NIX PATTERSON, LLP**
3600 N. Capital of TX Hwy.
Bldg. B, Suite 350
Austin, TX  78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
bbeckworth@nixlaw.com
jangelovich@nixlaw.com
lbaldwin@nixlaw.com
dpate@nixlaw.com
tduck@nixlaw.com
codyhill@nixlaw.com

Susan Whatley, OBA No. 30960
**NIX PATTERSON, LLP**
P.O. Box 178
Linden, Texas 75563
Telephone: (903) 215-8310
swhatley@nixlaw.com

Robert N. Barnes, OBA No. 537
Patranell B. Lewis, OBA No. 12279
Emily Nash Kitch, OBA No. 22244
**BARNES & LEWIS LLP**
208 NW 60th Street
Oklahoma City, OK 73118
Telephone: (405) 843-0363
Facsimile: (405) 832-1007
rbarnes@barneslewis.com
plewis@barneslewis.com
ekitch@barneslewis.com

Patrick M. Ryan, OBA No. 7864
Jason A. Ryan, OBA No. 18824

2

Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC**
400 North Walnut Ave.
Oklahoma City, OK 73104
Telephone: (405) 239-6040
Facsimile:(405) 239-6766
pryan@ryanwhaley.com
jryan@ryanwhaley.com
pjantzen@ryanwhaley.com

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
mburrage@whittenburragelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I authorized the electronic filing of the foregoing on August 16, 2021, with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Drew Pate*
Drew Pate

3