# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL KERNEN, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-18-00107-JD |
| CASILLAS OPERATING, LLC, | ) ) | |
| Defendant. | ) ) | |

## CLASS REPRESENTATIVE'S MOTION FOR FINAL APPROVAL

Class Representative, Michael Kernen, on behalf of himself and all others similarly situated, respectfully files this Motion for Final Approval, and hereby moves the Court for final approval of the following:

1. Proposed class action Settlement;

2. Form and manner of the Notice sent to the Class; and

3. Proposed Plan of Allocation.

Class Representative bases this Motion on the Settlement Agreement, the applicable law, and all pleadings and records on file in this matter, which are respectfully incorporated by reference as if set forth fully herein. Class Representative also bases this Motion on its Memorandum of Law in Support of the Motion, which is filed contemporaneously herewith.

Class Representative's Proposed Order and Judgment Granting Final Approval of Class Action Settlement ("Final Approval Order") is attached as Exhibit 1. Class Representative's Proposed Initial Plan of Allocation Order is attached hereto as Exhibit 2.

Class Representative respectfully requests the Court grant the relief listed above by entering the proposed Final Approval Order and the proposed Plan of Allocation Order and grant any further relief to which the Court finds Class Representative and the Settlement Class entitled.

DATED: October 20, 2021.

    Respectfully submitted,

*s/Robert N. Barnes*
Robert N. Barnes, OBA No. 537
Patranell B. Lewis, OBA No. 12279
Emily Nash Kitch, OBA No. 22244
**BARNES & LEWIS LLP**
208 NW 60th Street
Oklahoma City, OK 73118
Telephone: (405) 843-0363
Facsimile: (405) 832-1007
rbarnes@barneslewis.com
plewis@barneslewis.com
ekitch@barneslewis.com

Bradley E. Beckworth, OBA No. 19982
Jeffrey J. Angelovich, OBA No. 19981
Lisa P. Baldwin, OBA No. 32947
Drew G. Pate
Trey N. Duck, III
Cody L. Hill
Susan Whatley
**NIX PATTERSON, LLP**
3600 N. Capital of TX Hwy.

Bldg. B, Suite 350
Austin, TX 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
bbeckworth@nixlaw.com
jangelovich@nixlaw.com
lbaldwin@nixlaw.com
dpate@nixlaw.com
tduck@nixlaw.com
codyhill@nixlaw.com
swhatley@nixlaw.com

Patrick M. Ryan, OBA No. 7864
Jason A. Ryan, OBA No. 18824
Paula M. Jantzen, OBA No. 20464
**RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC**
400 North Walnut Ave.
Oklahoma City, OK 73104
Telephone: (405) 239-6040
Facsimile:(405) 239-6766
pryan@ryanwhaley.com
pwhaley@ryanwhaley.com
jryan@ryanwhaley.com
pjantzen@ryanwhaley.com

**CLASS COUNSEL**

Michael Burrage, OBA No. 1350
**WHITTEN BURRAGE**
512 N. Broadway, Suite 300
Oklahoma City, OK 73102
Telephone: (405) 516-7800
Facsimile: (405) 516-7859
mburrage@whittenburragelaw.com

**LIASON LOCAL CLASS COUNSEL**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send email notification of such filing to all registered parties.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Robert N. Barnes*
Robert N. Barnes